UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

USA

        - against -

TAJH ALI-WILLIAMS,

                   Defendant.

---------------------------------------------------------- X

24 Cr. 00351-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated May 30, 2024, is approved and accepted.

                                               SO ORDERED.

_____
Hon. Nelson S. Román,
United States District Judge

Dated: White Plains, NY
        August 27, 2024

